EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 22 2004

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04 00363 |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [21 U.S.C. §§ 846; 841(a)(1) |
| WILLIAM ROBERT CLIFFORD, (01) ) | & 841(b)(1)(A)] |
| SCOTT STADNISKY, (02) ) | |
| a/k/a: "Scoots," ) | |
| SLOANE TEDMUN PAGLINAWAN,(03) ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by early September, 2004 and continuing to September 11, 2004, in the District of Hawaii and elsewhere, WILLIAM ROBERT CLIFFORD, SCOTT STADNISKY, a/k/a: "Scoots", and SLOANE TEDMUN

PAGLINAWAN, the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

The Grand Jury further charges:

On September 11, 2004, in the District of Hawaii, WILLIAM ROBERT CLIFFORD and SLOANE TEDMUN PAGLINAWAN, the defendants, did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

//
//
//
//
//
//

SENTENCING ALLEGATIONS

With respect to Count 1 of the Indictment:

(a) WILLIAM ROBERT CLIFFORD, SCOTT STADNISKY, a/k/a: "Scoots" and SLOANE TEDMUN PALGLINAWAN conspired to distribute and possess with intent to distribute at least 500 grams but less than 1.5 kilograms of methamphetamine (actual);

With respect to Count 2 of the Indictment:

(a) WILLIAM ROBERT CLIFFORD and SLOANE TEDMUN PALGLINAWAN attempted to possess with intent to distribute at least 500 grams but less than 1.5 kilograms of methamphetamine (actual).

DATED: September 22, 2004, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
KENNETH M. SORENSON
Assistant U.S. Attorney