ORIGINAL

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2005

at 11 o'clock and 45 min. A M
SUE BEITIA, CLERK

LODGED

DEC 20 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00363-02-04 SOM |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF MOTION; |
| | ) GOVERNMENT'S MOTION FOR BRIEF |
| | ) CONTINUANCE OF TRIAL DATE; |
| | ) GOVERNMENT'S MEMORANDUM IN |
| | ) SUPPORT OF MOTION FOR |
| WILLIAM ROBERT CLIFFORD, (01) | ) CONTINUANCE OF TRIAL DATE; |
| SCOTT STADNISKY, (02) | ) DECLARATION OF KENNETH M. |
|   a/k/a: "Scoots" | ) SORENSON |
| SLOANE TEDMUN PAGLINAWAN, (03) | ) |
| DANIEL LYNN MYERS, (04) | ) |
| Defendants. | ) |

NOTICE OF MOTION

TO: Mr. William A. Harrison
    841 Bishop St., Suite 800
    Honolulu, HI 96813

    Counsel for Defendant Scott Stadnisky

    Mr. Lane Takahashi
    745 Fort St., Suite 2121
    Honolulu, HI 96813

    Counsel for Defendant Daniel Lynn Myers

You are hereby notified that the attached Government's Motion for Brief Continuance of Trial Date, will be heard before

_Kevin SCChang_, United States Magistrate, on _12/27/05_, at _2:30 P_.M., or as soon thereafter as counsel may be heard.

DATED: _December 20, 2005_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _/s/ Ken Sorenson_
KENNETH M. SORENSON
Assistant U. S. Attorney

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>        Plaintiff,                     )<br>                                        )<br>    vs.                                 )<br>                                        )<br>WILLIAM ROBERT CLIFFORD    (01) )<br>SCOTT STADNISKY           (02) )<br>        a/k/a: "Scoots"                 )<br>SLOANE TEDMUN PAGLINAWAN  (03) )<br>DANIEL LYNN MYERS         (04  )<br>                                        )<br>        Defendants.                     )<br>_____) | CR. NO.  04-00363 SOM<br><br>GOVERNMENT'S MOTION FOR<br>BRIEF CONTINUANCE OF<br>TRIAL DATE |

<u>GOVERNMENT'S MOTION FOR BRIEF CONTINUANCE OF TRIAL DATE</u>

COMES NOW, the United States of America, by counsel, and respectfully moves for a brief continuance of the trial date in this case for the grounds set forth in the attached Memorandum in Support.

DATED: December 20, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _/s/ Kenneth M. Sorenson_____
KENNETH M. SORENSON
Assistant U.S. Attorney