IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0363 SOM |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| SCOTT WILLIAM STADNISKY, | ) | |
| Defendant. | ) | |

DECLARATION OF COUNSEL

I, WILLIAM A. HARRISON, hereby declare as follows:

1. That I am counsel for Defendant SCOTT WILLIAM STADNISKY, in the above-referenced case;

2. That the facts set out in the attached memorandum are true and correct to the best of my knowledge and belief;

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: Honolulu, Hawaii, January 23, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON