CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Motion to Prohibit Introduction of Telephone Records was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses on the date of filing.

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| KENNETH SORENSON, ESQ.<br>Assistant U.S. Attorney<br>300 Ala Moana Blvd, Rm 6-100<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiffs<br>UNITED STATES OF AMERICA |  | X |
| LANE Y. TAKAHASHI, ESQ.<br>745 Fort Street, Suite 2121<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>DANIEL LYNN MYERS |  | X |

Dated: Honolulu, Hawaii, January 23, 2006.

Law Offices Of:
HARRISON & MATSUOKA

by WILLIAM A. HARRISON
Attorney for Defendant
SCOTT WILLIAM STADNISKY