## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Motion In Limine to Prohibit Other Crimes Wrongs and Acts was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses on the date of filing.

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| KENNETH SORENSON, ESQ.<br>Assistant U.S. Attorney<br>300 Ala Moana Blvd, Rm 6-100<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiffs<br>UNITED STATES OF AMERICA |  | X |
| LANE Y. TAKAHASHI, ESQ.<br>745 Fort Street, Suite 2121<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>DANIEL LYNN MYERS |  | X |

Dated: Honolulu, Hawaii, January 23, 2006.

Law Offices Of:
HARRISON & MATSUOKA

by WILLIAM A. HARRISON
Attorney for Defendant
SCOTT WILLIAM STADNISKY