# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00363SOM

CASE NAME:       USA vs. (01) William Robert Clifford

ATTYS FOR PLA:   Kenneth Sorenson

ATTYS FOR DEFT:  01 David Klein

                 Roy Kawamoto (USPO)

---

JUDGE:    Susan Oki Mollway         REPORTER:   Debra Chun

DATE:     3/21/2006                 TIME:       1:35 - 2:00

---

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment; and Government's Motion for Downward Departure -

Defendant (01) William Robert Clifford present and in custody.

The Presentence Investigation Report and the USPO's recommendation are adopted by the Court, and placed under seal.

Allocution by the Defendant.

Government's Motion for Downward Departure - Granted.

ADJUDGED:

Imprisonment: 110 Months as to each of Counts 1 and 2, to run concurrently.

Supervised Release: 5 Years as to each of Counts 1 and 2, to run concurrently.

Special Assessment: $200.00 ( $100 per count).

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by Probation Office.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

▸ That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

▸ That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Defendant advised of his right to appeal

JUDICIAL RECOMMENDATIONS:   1) Taft; 2) Herlong; 3) Vocational Training; 4) 500 Hour Comprehensive Drug Treatment Program

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.