AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:      1:04CR00363-001
DEFENDANT:        WILLIAM ROBERT CLIFFORD

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 110 MONTHS.

This term consists of ONE HUNDRED TEN (110) MONTHS as to each of Counts 1 and 2 of the Indictment, all such terms shall be served concurrently.

[✓]   The court makes the following recommendations to the Bureau of Prisons:
      1) Taft.  2) Herlong.
      That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.
      That the defendant participate in vocational training programs.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before ___ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 1 2006

at 9 o'clock and ___ min. AM
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on  9-20-2006  to  FCI HERLONG
at  Herlong, CA  , with a certified copy of this judgment.

Kuma J. Deboo, Warden
~~UNITED STATES MARSHAL~~

By  CKoun, ISO
    ~~Deputy U.S. Marshal~~