IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00363 SOM-01 |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | MOTION PURSUANT TO RULE |
|     vs. | ) | 35(b)(1)(A) |
| | ) | |
| WILLIAM CLIFFORD, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING GOVERNMENT'S MOTION
PURSUANT TO RULE 35(b)(1)(A)

The Government moves pursuant to Rule 35(b)(1)(A) of
the Federal Rules of Criminal Procedure for a reduction in
Defendant William Clifford's sentence.  Defendant is in agreement
with the extent of the reduction proposed by the Government.  For
the reasons set forth in the parties' memoranda, and based on the
court's own familiarity with the record in this case, including
Defendant's trial testimony and the circumstances presented by
co-defendants, this court grants the motion and reduces Defendant
William Clifford's sentence to 84 months in custody.  In all
other respects, the sentence previously imposed remains
unchanged.

DATED: Honolulu, Hawaii; March 1, 2007.



Susan Oki Mollway
United States District Judge