*w/ financial*

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:04CR00363-001 SOM | Judgment - Page 2 of 6 |
| DEFENDANT: WILLIAM ROBERT CLIFFORD | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 110 MONTHS.

This term consists of ONE HUNDRED TEN (110) MONTHS as to each of Counts 1 and 2 of the Indictment, all such terms shall be served concurrently.

[✓]   The court makes the following recommendations to the Bureau of Prisons:
1) Taft. 2) Herlong.
That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.
That the defendant participate in vocational training programs.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2007

at 8 o'clock and 40 min, M
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  9-20-06  to  FCI Herlong
at  4:33 pm  , with a certified copy of this judgment.

Kuma J Deboo, Warden
~~UNITED STATES MARSHAL~~

By  Cheub, US
~~Deputy U.S. Marshal~~